Rex M. Clack, Esq. (SBN 59237)
rclack@sc-law.us
David E. Russo, Esq. (SBN 112023)
drusso@sc-law.us
STERLING & CLACK
A Professional Corporation
601 Van Ness Avenue, Suite 2018
San Francisco, California 94102
Telephone: (415) 543-5300
Facsimile: (415) 543-3335

Attorneys for Defendant
GOLDEN GATE BRIDGE, HIGHWAY &
TRANSPORTATION DISTRICT

**FILED**

SEP 0 3 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY HOLZHAUER, Individually and as the Personal Representative of HARRY HOLZHAUER, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>DAVID P. RHOADES, an Individual, GOLDEN GATE BRIDGE, HIGHWAY & TRANSPORTATION DISTRICT, a governmental entity, and DOES 1-10, Inclusive<br><br>Defendants. | Case No.: 3:13-CV-02862 JST<br><br>[PROPOSED] ORDER RE EXTENSION TO RESPOND TO COMPLAINT AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE |

Having reviewed the Stipulation of counsel for an extension of the time for Defendant, Golden Gate Bridge, Highway & Transportation District to file an Answer or other response to the Complaint and for a continuance of the Initial Case Management Conference, and Good Cause appearing therefor,

//

//

//

1

IT IS HEREBY ORDERED:

1) That the deadline for Defendant Golden Gate Bridge, Highway & Transportation District to file an Answer or other response to the Complaint is extended from September 3, 2013 to September 25, 2013;

2) That the date for the Initial Case Management Conference is continued from September 18, 2013 to November 13, 2013.

3) That the due date of the Joint Case Management Statement for the above conference is continued from September 4, 2013 to October 29, 2013.

Dated: 9/3/13

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

2159913/P/[Proposed] Order Re Cont.Case Sched Dates 8.30.13