1   BRODSKY MICKLOW BULL & WEISS LLP
    Edward M. Bull III, State Bar No. 141996
2   Kurt Micklow, State Bar No. 113974
    384 Embarcadero West, Suite 200
3   Oakland, California 94607
    Telephone: (510) 268-6180
4   Facsimile: (510) 268-6181

5   Attorneys for Plaintiff MARY HOLZHAUER,
    Individually and as the Personal Representative of
6   HARRY HOLZHAUER (DECEASED)

7   Rex M. Clack, Esq. (SBN 59237)
    David E. Russo, Esq. (SBN 112023)
8   STERLING & CLACK
    A Professional Corporation
9   601 Van Ness Avenue, Suite 2018
    San Francisco, California 94102
10  Telephone:  (415) 543-5300
    Facsimile:   (415) 543-3335
11

12  Attorneys for Defendant
    GOLDEN GATE BRIDGE, HIGHWAY &
13  TRANSPORTATION DISTRICT

14

15                  UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

18

19  MARY HOLZHAUER, Individually            )   Case No.  3:13-cv-02862 - JST
20  and as the Personal Representative of    )
    HARRY HOLZHAUER, DECEASED,               )   **STIPULATION AND [PROPOSED]**
21                                           )   **ORDER EXTENDING TIME TO ADD**
                    Plaintiff,               )   **PARTY**
22                                           )
            v.                               )
23                                           )
    DAVID P. RHOADES, an Individual, GOLDEN  )
24  GATE BRIDGE HIGHWAY AND                  )
    TRANSPORTATION DISTRICT, a governmental  )
25  entity, and and DOES 1-10, Inclusive,    )
                                             )
26                  Defendants.              )
                                             )
27  _____ )

28

                                    1

STIPULATION & ORDER EXTENDING TIME TO ADD PARTY          CASE NO. 3:13-cv-02862 - JST

1    Plaintiff MARY HOLZHAUER, Individually and as the Personal Representative of HARRY

2  HOLZHAUER (DECEASED) ("Plaintiff"), Defendant GOLDEN GATE BRIDGE, HIGHWAY &

3  TRANSPORTATION DISTRICT (the "District'), and former Defendant David P. Rhoades

4  ("Rhoades"), respectfully submit the following stipulation and proposed order to allow additional

5  time to add Rhoades as a defendant herein as follows:

6    WHEREAS Rhoades was originally named as a defendant herein before the District was

7  named and appeared herein; and

8    WHEREAS Plaintiff voluntarily dismissed Rhoades from this action (without prejudice) on

9  October 24, 2013; and

10    WHEREAS the parties advised that Court in their Joint Case Management Conference

11  Statement (Doc. No. 19) that in regard to Amendment of Pleadings, no new parties or amended

12  pleadings were currently anticipated by the parties other than the fact that depending on the results

13  of preliminary discovery (including the deposition of Mr. Rhoades) and the completion of the Coast

14  Guard investigation, Plaintiff might need to re-name Rhoades as a party to the action; and

15    WHEREAS the Court in its Scheduling Order (Doc. No. 20) set the last day to add parties or

16  amend pleading for February 28, 2014; and

17    WHEREAS the Court also set other dates, including discovery cut-off for July 3, 2014,

18  dispositive motions for September 26, 2014, and trial for January 5, 2015; and

19    WHEREAS the parties and Rhoades are cooperating to complete the deposition of Rhoades

20  and other key witnesses with personal knowledge of the cause of the accident, and are exchanging

21  documents and other evidence, as of this date Mr. Rhoades has not been deposed, the Coast Guard

22  has not issued its report, and Plaintiff does not have sufficient information available to allow the

23  Court's deadline to pass and not file her claim against Rhoades; and

24    WHEREAS Plaintiff believes that the on-going investigation and the deposition of Rhoades

25  may result in a decision *not* to name him again in this action, or may lead to some other resolution of

26  any such claims against Rhoades (which she contends are subject to the uniform three year of statute

27  limitations  applicable to maritime torts); and

28

2

1   WHEREAS if Plaintiff is required, out of an abundance of caution, to name Rhoades

2   at this time, she would not thereafter be able to dismiss that claim without prejudice (under

3   the two dismissal rule);

4   WHEREAS Rhoades not only does not want to be named herein as a defendant, but he

5   does not want to file claims against Plaintiff or the District, however if he is brought into the

6   case at this time he would have no choice but to attempt to assert such additional claims

7   herein; and

8   WHEREAS the parties and Rhoades agree that all limitation periods will be tolled as

9   of the date of this Stipulation and that in the event that Rhoades is brought into the case at a

10  later date, his counter and or cross-claims will be only subject to limitation periods that

11  expired before February 27, 2014; and

12  WHEREAS Rhoades is agreeable to, and indeed requests, that this deadline be

13  extended, and he agrees to maintain all current deadlines and dates set by the Court so long

14  as he is given notice of the intent to re-name him herein by April 28, 2014; and

15  WHEREAS Rhoades agrees that the Plaintiff's complaint can be re-served on his

16  counsel by that date, and that he will thereafter file his response within twenty days

17  thereafter:

18  WHEREFORE the parties and Rhoades submit that good cause exists to extend this,

19  and only this deadline, and respectfully STIPULATE and request that the Court order that the

20  Plaintiff be given until April 28, 2014 to re-serve Rhoades (via his counsel) and file a proof

21  of service with the Court.

22  SO STIPULATED.

23  DATED: February 27, 2014          BRODSKY MICKLOW BULL & WEISS LLP

24                                    By:   /s/ Edward M. Bull III
                                              Edward M. Bull III
25

26                                    Attorneys for Plaintiff MARY HOLZHAUER,
                                      Individually and as the Personal Representative of
27                                    HARRY HOLZHAUER (DECEASED)

28

3

STIPULATION & ORDER EXTENDING TIME TO ADD PARTY          CASE NO. 3:13-cv-02862 - JST

1

DATED: February 27, 2014          STERLING & CLACK

2

3                                             By:   /s/  David E. Russo
                                                      David E. Russo

4                                         Attorneys for Defendant
                                          GOLDEN GATE BRIDGE, HIGHWAY &
5                                         TRANSPORTATION DISTRICT

6

7   DATED: February 27, 2014          KEESAL, YOUNG & LOGAN

8                                             By:   /s/ John D. Giffin
                                                      John D. Giffin
9

10                                        Attorneys for Defendant
                                          David P. Rhoades
11

12

13                                            **ORDER**

14

15       Given the stipulation of the parties and Rhoades, and good cause appearing to support
     the extension sought, IT IS HEREBY ORDERED that:

16

17       1.    Plaintiff is given until April 28, 2014 to re-serve Rhoades (via his counsel) and to
               file a proof of service with the Court;

18

19       2.    This is the only deadline to be extended, and any other amendment or addition of any
               party shall be due on February 28, 2014 as previously ordered; and

20

21       3.    Plaintiff's complaint can be re-served on counsel for Rhoades by April 28, 2014,
               and Rhoades will thereafter file his response within twenty days thereafter.

22       IT IS SO ORDERED.

23

24   DATED:  February 28, 2014

25                                                                              DGE

26                                            IT IS SO ORDERED

27                                                Judge Jon S. Tigar

28

                                                   4

STIPULATION & ORDER EXTENDING TIME TO ADD PARTY          CASE NO. 3:13-cv-02862 - JST