Rex M. Clack, Esq. (SBN 59237)
rclack@sc-law.us
David E. Russo, Esq. (SBN 112023)
drusso@sc-law.us
STERLING & CLACK
A Professional Corporation
601 Van Ness Avenue, Suite 2018
San Francisco, California 94102
Telephone: (415) 543-5300
Facsimile: (415) 543-3335

Attorneys for Defendant
GOLDEN GATEBRIDGE, HIGHWAY &
TRANSPORTATION DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY HOLZHAUER, Individually and as the Personal Representative of HARRY HOLZHAUER, DECEASED,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DAVID P. RHOADES, an Individual, GOLDEN GATE BRIDGE, HIGHWAY & TRANSPORTATION DISTRICT, a governmental entity, and DOES 1-10, Inclusive<br><br>　　　　　Defendants. | Case No.: 3:13-CV-02862 JST<br><br>**[PROPOSED] ORDER RE CONTINUANCE OF CASE SCHEDULING DATES** |

　　　　Having reviewed the Stipulation of counsel for a continuance of case scheduling dates, and Good Cause appearing therefor,

　　　　IT IS HEREBY ORDERED:

　　1.   Defendant Rhoades may have to and including June 17, 2014 to file his Answer to the First Amended Complaint and related cross-claims and counter-claims.

　　2.   Fact discovery cutoff is continued from July 3, 2014 to September 15, 2014;

　　3.   Expert disclosures is continued from August 8, 2014 to October 24, 2014;

4.  Rebuttal expert disclosures is continued from August 22, 2014 to November 7, 2014;

5.  Expert discovery cutoff is continued from September 5, 2014 to November 24, 2014;

6.  Deadline for filing dispositive motions is continued from September 26, 2014 to November 26, 2014;

7.  Filing of the Pre-trial Statement is continued from December 9, 2014 to February 3, 2015;

8.  Deadline for filing motions in limine is continued from December 9, 2014 to February 3, 2015;

9.  Deadline for filing oppositions to motions in limine is continued from December 16, 2014 to February 10, 2015;

10. The Pre-trial Conference is continued from December 19, 2014 to February 13, 2015; and

11. Trial is continued from January 5, 2015 to March 2, 2015.

Dated: June 10, 2014



_____
HON.
UNITED STATES DISTRICT JUDGE
Judge Jon S. Tigar

IT IS SO ORDERED

[PROPOSED] ORDER RE CONTINUANCE                                   Case No. 3:13-CV-02862 JST
OF CASE SCHEDULING DATES