Rex M. Clack, Esq. (SBN 59237)
rclack@sc-law.us
David E. Russo, Esq. (SBN 112023)
drusso@sc-law.us
STERLING, CLACK & RUSSO
A Professional Corporation
601 Van Ness Avenue, Suite 2018
San Francisco, California 94102
Telephone:  (415) 543-5300
Facsimile:  (415) 543-3335

Attorneys for Defendant
GOLDEN GATEBRIDGE, HIGHWAY &
TRANSPORTATION DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY HOLZHAUER, Individually and as the Personal Representative of HARRY HOLZHAUER, DECEASED,<br><br>            Plaintiff,<br>     v.<br><br>DAVID P. RHOADES, an Individual, GOLDEN GATE BRIDGE, HIGHWAY & TRANSPORTATION DISTRICT, a governmental entity, and DOES 1-10, Inclusive<br><br>            Defendants. | Case No.: 3:13-CV-02862 JST<br><br>**[PROPOSED] ORDER RE CONTINUANCE OF HEARING** |

Having reviewed the Stipulation of counsel for a continuance of the consolidated hearing now set for October 2, 2014, and Good Cause appearing thereby,

//
//

1

1  IT IS HEREBY ORDERED:

2  The hearings on MARY HOLZHAUER'S Motion to Dismiss Counterclaim, GOLDEN
3  GATE BRIDGE's Motion to Dismiss Cross-Claim, and DAVID RHOADES' Motion for Relief
4  from Default, presently set for consolidated hearing on October 2, 2014, are hereby continued to
5  October 30, 2014.

8  Dated: August 18, 2014

   _____
   HON. JON S. TIGAR
   UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE CONTINUANCE          Case No. 3:13-CV-02862 JST
OF HEARING