Rex M. Clack, Esq. (SBN 59237)
rclack@sc-law.us
David E. Russo, Esq. (SBN 112023)
drusso@sc-law.us
STERLING, CLACK & RUSSO
A Professional Corporation
601 Van Ness Avenue, Suite 2018
San Francisco, California 94102
Telephone:  (415) 543-5300
Facsimile:  (415) 543-3335

Attorneys for Defendant and Cross-Defendant
GOLDEN GATE BRIDGE, HIGHWAY &
TRANSPORTATION DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY HOLZHAUER, Individually and as the Personal Representative of HARRY HOLZHAUER, DECEASED, | ) ) ) ) |
|       Plaintiff, | ) ) |
|    v. | ) ) |
| DAVID P. RHOADES, an individual, GOLDEN GATE BRIDGE, HIGHWAY & TRANSPORTATION DISTRICT, a governmental entity, and DOES 1-10, Inclusive, | ) ) ) ) ) |
|       Defendant. | ) ) |
| AND RELATED CROSS-ACTIONS | ) ) ) |

Case No.: 3:13-cv-02862 - JST

[PROPOSED] ORDER RE CONTINUANCE OF DISCOVERY DEADLINES

     Having reviewed the Stipulation of counsel for an extension of discovery deadlines, and

Good Cause appearing therefor,

//

//

//

1

1      IT IS HEREBY ORDERED:

2    1)   That the fact discovery cut-off be extended until December 1, 2014;

3    2)   That the expert disclosures be extended until December 15, 2014;

4    3)   That the rebuttal expert disclosures be extended until December 29, 2014;

5    4)   That the expert discovery cut-off be extended until January 22, 2014; and

6    5)   That all other pretrial and trial dates shall remain the same.

7

8

9   Dated: September 4, 2014



IT IS SO ORDERED

Judge Jon S. Tigar

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28