1  ANN S. KAPLAN, ESQ. (#76945)
   BURESH, KAPLAN, FELLER & CHANG
2  2298 Durant Avenue
   Berkeley, California 94704
3  Telephone:   (510) 548-7474
   Facsimile:   (510) 548-7488
4
   Attorneys for Cross-Defendants,
5  MARY HOLZHAUER, as the Personal
   Representative of HARRY HOLZHAUER
6  & THE ESTATE OF HARRY HOLZHAUER

7  EDWARD M. BULL, ESQ. (#141996)
   BRODSKY MICKLOW BULL & WEISS LLP
8  384 Embarcadero West, Suite 200
   Oakland, California  94607
9  Telephone:   (510) 268-6180
   Facsimile:   (510) 268-6181
10
   Attorneys for Plaintiff, MARY
11 HOLZHAUER, Individually and as the
   Personal Representative of HARRY
12 HOLZHAUER (Deceased) & Cross-
   Defendants, MARY HOLZHAUER, as the
13 Personal Representative of HARRY
   HOLZHAUER & THE ESTATE OF
14 HARRY HOLZHAUER

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| MARY HOLZHAUER, Individually and as the Personal Representative of HARRY HOLZHAUER, DECEASED,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID P. RHOADES, an Individual, GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT, a governmental entity, and DOES 1-10, Inclusive,<br><br>        Defendants.<br>_____<br>AND RELATED CROSS-ACTIONS.<br>_____ | Case No.  3:13-cv-02862-JST<br><br>**[PROPOSED]** ORDER RE CONTINUANCE OF DISCOVERY DEADLINES |

        Having reviewed the Stipulation of counsel for an extension of discovery deadlines, and Good Cause appearing therefor,

Buresh, Kaplan, Feller & Chang
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

1

**[PROPOSED]** ORDER RE CONTINUANCE OF DISCOVERY DEADLINES

IT IS HEREBY ORDERED:

1. That the fact discovery cut-off be extended until December 22, 2014;

2. That the expert disclosures be extended until January 9, 2015;

3. That the rebuttal expert disclosures be extended until January 16, 2015;

4. That the expert discovery cut-off be extended until January 30, 2015; and

5. That all other pretrial and trial dates shall remain the same.

Dated: November 26, 2014



Buresh, Kaplan, Feller & Chang
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

2

[PROPOSED] ORDER RE CONTINUANCE OF DISCOVERY DEADLINES