1  ANN S. KAPLAN, ESQ. (#76945)
2  BURESH, KAPLAN, FELLER & CHANG
   2298 Durant Avenue
3  Berkeley, California 94704
   Telephone: (510) 548-7474
4  Facsimile: (510) 548-7488

5
   Attorneys for Cross-Defendants,
6  MARY HOLZHAUER, as the Personal
   Representative of HARRY HOLZHAUER
7  & THE ESTATE OF HARRY HOLZHAUER

8
   EDWARD M. BULL, ESQ. (#141996)
9  BRODSKY MICKLOW BULL & WEISS LLP
   384 Embarcadero West, Suite 200
10 Oakland, California 94607
   Telephone: (510) 268-6180
11 Facsimile: (510) 268-6181

12
   Attorneys for Plaintiff, MARY
13 HOLZHAUER, Individually and as the
   Personal Representative of HARRY
14 HOLZHAUER (Deceased) & Cross-
   Defendants, MARY HOLZHAUER, as the
15 Personal Representative of HARRY
   HOLZHAUER & THE ESTATE OF
16 HARRY HOLZHAUER
17

18                     UNITED STATES DISTRICT COURT
19                    NORTHERN DISTRICT OF CALIFORNIA
20                         SAN FRANCISCO DIVISION
21

22 MARY HOLZHAUER, Individually and as the )   Case No.: 3:13-CV-02862 JST
   Personal Representative of HARRY         )
23 HOLZHAUER, DECEASED,                     )   [PROPOSED] ORDER RE: CONTINUING
                                            )   THE PENDING SUMMARY JUDGMENT
24                Plaintiff,                )   MOTION HEARINGS
25         v.                               )
                                            )
26 DAVID P. RHOADES, an Individual,         )
   GOLDEN GATE BRIDGE, HIGHWAY &            )
27 TRANSPORTATION DISTRICT, a               )
   governmental entity, and DOES 1-10, Inclusive )
28                                          )
                                            )

                                            1

ORDER RE: CONTINUING THE PENDING                          Case No. 3:13-CV-02862 JST
SUMMARY JUDGMENT HEARINGS

|  | Defendant. | ) |
|---|---|---|
|  |  | ) |
|  | AND RELATED CROSS ACTIONS. | ) |
|  |  | ) |
|  |  | ) |

Having reviewed the stipulation of counsel to continue the pending summary judgment hearings and Good Cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The hearing on the Motion for Summary Judgment filed by Defendant Rhoades currently set for January 15, 2015 at 2:00 p.m., is hereby continued until February 5, 2015, at 2:00 p.m.  Opposition papers will be due January 2, 2015; reply papers will be due on January 9, 2015;

2. The hearing on the Motion for Summary Judgment filed by Defendant Golden Gate Bridge, Highway, and Transportation District currently set for January 8, 2015 at 2:00 p.m., is hereby continued until February 5, 2015, at 2:00 p.m.  Opposition papers will be due January 2, 2015; reply papers will be due on January 9, 2015;

Dated:  December 5, 2014

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE