```
JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
FRANCESCA M. LANPHER, CASB No. 299318
francesca.lanpher@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:    (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendant
DAVID P. RHOADES
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HOLZHAUER, Individually and as the Personal Representative of HARRY HOLZHAUER, DECEASED,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID P. RHOADES, an Individual, GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT, a governmental entity, and DOES 1-10, Inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 3:13-cv-02862-JST<br><br>[PROPOSED] ORDER RE CONTINUANCE OF DISCOVERY DEADLINE FOR EXPERT DISCLOSURES |

Having reviewed the Stipulation of counsel for an extension of the discovery deadline for expert disclosures, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. That the expert disclosures be extended until January 13, 2015;

2. That the rebuttal expert disclosures be extended until January 20, 2015;

3. That all other pretrial and trial dates shall remain the same.

DATED: January 8, 2015

_____
THE HONORABLE JON. S. TIGAR
UNITED STATES DISTRICT JUDGE

- 1 -   KYL_SF667380
PROPOSED ORDER RE CONTINUANCE OF DISCOVERY DEADLINE FOR EXPERT DISCLOSURES - Case No. 3:13-cv-02862-JST