1  Rex M. Clack, Esq. (SBN 59237)
   rclack@sc-law.us
2  David E. Russo, Esq. (SBN 112023)
   drusso@sc-law.us
3  STERLING, CLACK & RUSSO
   A Professional Corporation
4  601 Van Ness Avenue, Suite 2018
5  San Francisco, California 94102
   Telephone: (415) 543-5300
6  Facsimile: (415) 543-3335

7  Attorneys for Defendant and Cross-Defendant
8  GOLDEN GATE BRIDGE, HIGHWAY &
   TRANSPORTATION DISTRICT
9

   UNITED STATES DISTRICT COURT
10
   NORTHERN DISTRICT OF CALIFORNIA
11
   SAN FRANCISCO DIVISION
12

13 | MARY HOLZHAUER, Individually ) Case No.: 3:13-cv-02862 – JST
14 | and as the Personal Representative of ) Consolidated Case No.: CV-13-5875-JST
   | HARRY HOLZHAUER, DECEASED, )
15 |                                    ) **STIPULATION RE BRIEFING DEADLINE**
   |         Plaintiff,                 ) **FOR MOTION FOR TRIAL**
16 |    v.                              ) **CONTINUANCE**
17 |                                    )
   | DAVID P. RHOADES, an individual,   )
18 | GOLDEN GATE BRIDGE, HIGHWAY &      )
19 | TRANSPORTATION DISTRICT, a         )
   | governmental entity, and DOES 1-10, Inclusive, )
20 |                                    )
   |         Defendant.                 )
21 |_____)
   |                                    )
22 | AND RELATED CROSS-ACTIONS          )
23 |_____)

24
25      Defendant and cross-defendant GOLDEN GATE BRIDGE, HIGHWAY &
26 TRANSPORTATION DISTRICT ("the District"), plaintiff and counter-defendant MARY
27 HOLZHAUER ("Holzhauer"), and defendant and cross-claimant DAVID P. RHOADES
28 ("Rhoades"), sometimes collectively "the parties," by and through their respective counsel record,

---

1

STIPULATION RE BRIEFING                              Case No. 3:13-cv-02862 – JST
DEADLINE

1 | hereby stipulate to, and respectfully request that the Court grant an order changing plaintiff's
2 | briefing deadline for the reasons stated herein.
3 |     WHEREAS, the Motion for Trial Continuance will be heard on January 30, 2015.
4 |     WHEREAS, the Parties have agreed that opposition to the Motion for Trial Continuance
5 | should be permitted to be filed by January 23, 2015 because plaintiff's counsel is relocating his
6 | office prior to that.
7 |     WHEREAS, plaintiff has requested and the District agrees to waive reply.
8 |     NOW, THEREFORE, the parties hereby stipulate to, and respectfully request that the Court
9 | order that the deadline for filing Opposition to the Motion for Trial Continuance be changed from
10 | January 21, 2015 to January 23, 2015; and that a reply thereto is waived.

Dated: 1/16/2015        STERLING, CLACK & RUSSO

                                By:   /s/ David Russo
                                     David E. Russo
                                     Attorneys for Defendant, etc.
                                     GOLDEN GATE BRIDGE, HIGHWAY &
                                     TRANSPORTATION DISTRICT

Dated: 1/16/2015        WELTIN, STREB & WELTIN, LLP.

                                By:   /s/ Phil Weltin
                                     Philip R. Weltin
                                     Attorneys for Cross-Claimant
                                     DAVID P. RHOADES

Dated: 1/16/2015        BRODSKY MICKLOW BULL & WEISS LLP

                                By:        /s/ Ed Bull
                                     Edward M. Bull III, Esq.
                                     Attorneys for Plaintiff, etc.
                                     MARY HOLZHAUER

Case 3:13-cv-02862-JST   Document 72   Filed 01/21/15   Page 3 of 3

| | |
|---|---|
| Dated: 1/16/2015 | KEESAL, YOUNG & LOGAN |
| | By: _____/s/ John Giffin_____<br>John Giffin<br>Attorneys for Defendant.<br>DAVID P. RHOADES |
| Dated: 1/16/2015 | BURESH, KAPLAN, FELLER & CHANG |
| | By: _____/s/Ann Kaplan_____<br>Ann Kaplan<br>Attorneys for Counter-Defendants<br>MARY HOLZHAUER, as Personal<br>Representative of HARRY HOLZHAUER &<br>THE ESTATE OF HARRY HOLZHAUER |

21510113/P/Stip re Opposition Brief Date for Motion for Trial Continuance

Dated: January 21, 2015

**APPROVED**
*/s/ Jon S. Tigar*
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

3

STIPULATION RE BRIEFING DEADLINE                    Case No. 3:13-cv-02862 – JST