Rex M. Clack, Esq. (SBN 59237)
rclack@sc-law.us
David E. Russo, Esq. (SBN 112023)
drusso@sc-law.us
STERLING, CLACK & RUSSO
A Professional Corporation
601 Van Ness Avenue, Suite 2018
San Francisco, California 94102
Telephone: (415) 543-5300
Facsimile: (415) 543-3335

Attorneys for Defendant, etc.
GOLDEN GATEBRIDGE, HIGHWAY &
TRANSPORTATION DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY HOLZHAUER, Individually and as the Personal Representative of HARRY HOLZHAUER, DECEASED, <br><br> Plaintiff, <br><br> v. <br><br> DAVID P. RHOADES, an Individual, GOLDEN GATE BRIDGE, HIGHWAY & TRANSPORTATION DISTRICT, a governmental entity, and DOES 1-10, Inclusive <br><br> Defendants. | Case No.: 3:13-CV-02862 JST <br><br> [PROPOSED] ORDER RE CONTINUANCE OF CASE SCHEDULING DATES |

Having reviewed the Stipulation of counsel for a continuance of case scheduling dates, and Good Cause appearing therefor,

IT IS HEREBY ORDERED:

1. Medical expert disclosures with respect to Rhoades' claims be completed by February 10, 2015;

2. Fact discovery be completed by April 15, 2015;

1

3. Expert discovery cutoff (including depositions of Rhoades' treating doctors) be completed by April 22, 2015;

4. Filing of the Pre-trial Statement be set for May 26, 2015;

5. Deadline for filing motions in limine be set for May 26, 2015;

6. Deadline for filing oppositions to motions in limine be set for June 2, 2015;

7. The Pre-trial Conference be scheduled for June 5, 2015; and

8. Trial be set for June 22, 2015.

Dated:   January 29, 2015



IT IS SO ORDERED
Judge Jon S. Tigar

2159913/P/[Proposed] Order Re Cont.CaseSched Dates Jan2015