UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HOLZHAUER,<br><br>        Plaintiff,<br><br>    v.<br><br>GOLDEN GATE BRIDGE HIGHWAY & TRANSPORTATION DISTRICT,<br><br>        Defendant. | Case No. 13-cv-02862-JST<br><br>**ORDER GRANTING STIPULATION WITH MODIFICATION**<br><br>Re: ECF No. 100 |

The Court hereby approves the Stipulation at ECF No. 100. The parties must notify the Court at the pretrial conference on June 5, 2015 whether any party will file a motion in limine related to Captain Stoller's deposition testimony.

IT IS SO ORDERED.

Dated: May 21, 2015

_____
JON S. TIGAR
United States District Judge