UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY HOLZHAUER,

    Plaintiff,

  v.

GOLDEN GATE BRIDGE HIGHWAY & TRANSPORTATION DISTRICT,

    Defendant.

Case No. 13-cv-02862-JST

**ORDER REGARDING TIME LIMITS**

    The Court intends to set time limits in this case, the trial of which will begin on June 22, 2015. The parties are ordered to meet and confer regarding appropriate time limits, and to present proposals regarding the same at the pre-trial conference tomorrow afternoon. The Court will give serious consideration to, but will not necessarily adopt, any joint proposal by the parties.

    Time limits are expressed in hours per party. A party uses its time whenever it speaks, i.e., by making an opening statement; by examining a witness, whether on direct examination or cross-examination; or by making a closing argument. (Objections during examination count against the examining party's time, but the cumulative effect of this rule usually evens out.) Jury selection is excluded from each party's time allotment.

    Trials are in session from 8:30 a.m. to 1:30 p.m. each day, with two fifteen-minute breaks. When constructing their estimates, the parties should assume that approximately four hours of party trial time are used each day.

    **IT IS SO ORDERED.**

Dated: June 4, 2015

JON S. TIGAR
United States District Judge