UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HOLZHAUER,<br><br>    Plaintiff,<br><br>    v.<br><br>GOLDEN GATE BRIDGE HIGHWAY & TRANSPORTATION DISTRICT,<br><br>    Defendant. | Case No. 13-cv-02862-JST<br><br>**ORDER SETTING TIME LIMITS FOR TRIAL** |

The trial of this case is scheduled to begin on June 22, 2015.  The Court previously indicated its intention to set time limits at the trial, ECF No. 143, and now does so by this order.  See Amarel v. Connell, 102 F.3d 1494, 1513 (9th Cir. 1996), as amended (Jan. 15, 1997) ("A district court is generally free to impose reasonable time limits on a trial.").

In making this order, the Court has considered the complexity of the case, the evidence the parties are likely to introduce, and the time estimates provided by each of the parties.

The Court now orders that each of the three parties – Mary Holzhauer; Golden Gate Bridge, Highway & Transportation District; and David Rhoades – will each have 15 hours of trial time available.  As previously noted, a party uses its time whenever it speaks, i.e., by making an opening statement; by examining a witness, whether on direct examination or cross-examination; or by making a closing argument.  Jury selection is excluded from each party's time allotment.

**IT IS SO ORDERED.**

Dated:  June 16, 2015

_____
JON S. TIGAR
United States District Judge