Philip R. Weltin, Esq. SBN 46141
WELTIN, STREB & WELTIN, LLP
1432 Martin Luther King Jr. Way
Oakland, California 94612
Telephone    (510) 251-6060
Facsimile    (510) 251-6040

Attorneys for Defendant and Cross-Complainant
DAVID P. RHOADES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY HOLZHAUER, Individually and as the Personal Representative of HARRY HOLZHAUER, DECEASED,<br><br>Plaintiff,<br>v.<br><br>DAVID P. RHOADES, an Individual, GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT, a non-sovereign public entity, and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 3:13-cv-02862-JST<br><br>[PROPOSED] ORDER RE EXTENDING DEADLINE TO FILE EXHIBIT BINDERS |
| DAVID P. RHOADES,<br><br>Defendant and Cross- Complainant,<br>v.<br><br>MARY HOLZHAUER, as the Personal Representative of HARRY HOLZHAUER, DECEASED; ESTATE OF HARRY HOLZHAUER; GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT, a non-sovereign public entity,<br><br>Cross-Defendants. | |

1

Having reviewed the Stipulation of counsel for an extension of the exhibit binders deadline, and Good Cause appearing therefor,

IT IS HEREBY ORDERED:

1. That the exhibit binder deadline be extended from Monday June 15, 2015 to Friday June 19, 2015.

Dated: June 16, 2015



IT IS SO ORDERED
Judge Jon S. Tigar

2

[PROPOSED] ORDER RE EXTENDING DEADLINE TO FILE EXHIBIT BINDERS