UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HOLZHAUER,<br><br>  Plaintiff,<br><br>v.<br><br>GOLDEN GATE BRIDGE HIGHWAY & TRANSPORTATION DISTRICT,<br><br>  Defendant. | Case No. 13-cv-02862-JST<br><br>**ORDER**<br><br>Re: ECF No. 184 |

On February 23, 2016, Cross-claimant David Rhoades filed a Motion to Reopen Discovery for Limited Purposes, purporting to notice the motion for a hearing on March 10, 2016. ECF No. 184. The Court notes that Local Rule 7-2(a) provides: "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion." To bring the motion within the local rules, the Court construes the motion to notice a hearing date of March 31, 2016. If Rhoades desires an earlier date be set by the Court, Rhoades should file a motion to shorten time pursuant to Local Rule 6.

IT IS SO ORDERED.

Dated: February 23, 2016

JON S. TIGAR
United States District Judge