UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY HOLZHAUER,

    Plaintiff,

v.

GOLDEN GATE BRIDGE HIGHWAY & TRANSPORTATION DISTRICT,

    Defendant.

Case No. 13-cv-02862-JST

**ORDER SETTING HEARING ON MOTION FOR TRIAL CONTINUANCE**

Re: ECF No. 200

On April 5, 2016, Defendant Golden Gate Bridge Highway & Transportation District ("the District") filed a Motion for Trial Continuance. ECF No. 200. The Court orders Plaintiff Mary Holzhauer and Counter-claimant David Rhoades to file response briefs by April 7, 2016. The Court will hear argument on the motion by telephone on April 8, 2016 at 11:00 A.M. Not less than twenty-four hours before the hearing, counsel shall contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide a conference call number at which the parties can be reached.

IT IS SO ORDERED.

Dated: April 6, 2016

_____
JON S. TIGAR
United States District Judge