| | |
|---|---|
| Edward M. Bull III (SBN 141966)<br>BRODSKY MICKLOW BULL & WEISS LLP<br>1070 Marina Village Parkway, Suite 200<br>Alameda, California 94501<br><br>Attorneys for Plaintiff,<br>MARY HOLZHAUER | Ann S. Kaplan, ESQ. (SBN 76945)<br>BURESH, KAPLAN, FELLER & CHANG<br>2298 Durant Avenue<br>Berkeley, California 94704<br><br>Attorneys for Cross-Defendants,<br>MARY HOLZHAUER & THE ESTATE OF<br>HARRY HOLZHAUER |
| Philip Ross Weltin (SBN 46141)<br>WELTIN STREB & WELTIN, LLP<br>1432 Martin Luther King Jr. Way<br>Oakland, CA 94612<br><br>Attorneys for Counter-Claimant<br>DAVID P. RHOADES | John D. Giffin (SBN 89608)<br>Francesca M. Lanpher (SBN 299318)<br>KEESAL YOUNG & LOGAN<br>450 Pacific Avenue<br>San Francisco, CA 94133<br><br>Attorneys for Defendant<br>DAVID P. RHOADES |
| Rex M. Clack, Esq. (SBN 59237)<br>David E. Russo, Esq. (SBN 112023)<br>Matthew W. J. Johnston, Esq. (SBN 300222)<br>STERLING, CLACK & RUSSO<br>601 Van Ness Avenue, Suite 2018<br>San Francisco, CA 94102<br><br>Attorneys for Defendant and Cross-Defendant<br>GOLDEN GATE BRIDGE, HIGHWAY &<br>TRANSPORTATION DISTRICT | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY HOLZHAUER, Individually and as the Personal Representative of HARRY HOLZHAUER, DECEASED,<br><br>    Plaintiff,<br>  v.<br><br>DAVID P. RHOADES, an individual, GOLDEN GATE BRIDGE, HIGHWAY & TRANSPORTATION DISTRICT, a governmental entity, and DOES 1-10, Inclusive,<br><br>    Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No.: 3:13-cv-02862 – JST<br>Case No. : CV-13-5875-JST<br><br>**[PROPOSED] ORDER RE. PLAINTIFF AND CROSS-COMPLAINANT ENTERING COURTHOUSE**<br><br>Trial Date:  April 11, 2016<br>Time:  8:30 a.m. |

1

---
[PROPOSED] ORDER                                                                 Case No. 3:13-cv-02862 - JST

2

**[PROPOSED] ORDER**

The Court hereby orders that PLAINTIFF MARY HOLZHAUER and DEFENDANT AND CROSS-COMPLAINANT DAVID P. RHOADES may enter the Unites States District Court, Northern District of California, San Francisco Courthouse through the attorneys' and employees' entrance throughout the remainder of their trial.

Dated:  April 11, 2016

_____
Hon. Jon S. Tigar
United States District Court Judge