JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
FRANCESCA M. LANPHER, CASB No. 299318
francesca.lanpher@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:    (415) 398-6000
Facsimile:     (415) 981-0136

Attorneys for Defendant
DAVID P. RHOADES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY HOLZHAUER, Individually and as the Personal Representative of HARRY HOLZHAUER, DECEASED,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID P. RHOADES, an Individual, GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT, a governmental entity, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 3:13-cv-02862-JST<br><br>[~~PROPOSED~~] ORDER GRANTING CROSS-DEFENDANT DAVID P. RHOADES' MOTION FOR JUDGMENT AS A MATTER OF LAW AS TO THE GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT'S CROSS-CLAIM |

## [~~PROPOSED~~] ORDER

For the reasons stated by the Court on the record on April 26, 2016 and incorporated into the record on April 27, 2016, Defendant DAVID P. RHOADES' ("Mr. Rhoades") Motion for Judgment as a Matter of Law pursuant to FED. R. CIV. P. 50(a) as to the GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT's (the "District") Cross-Claim for Indemnity and Contribution is **GRANTED**.

//

//

//

1 | The District's Third Affirmative Defense for contributory negligence against Mr. Rhoades
2 | asserted in the District's Answer to Mr. Rhoades' Cross-Claim (Docket No. 58) is stricken.

4 | DATED: May 3, 2016

*[signature]*

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

- 2 -

[PROPOSED] ORDER GRANTING CROSS-DEFENDANT DAVID P. RHOADES' MOTION FOR JUDGMENT AS A MATTER OF LAW AS TO THE GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT'S CROSS-CLAIM - Case No. 3:13-cv-02862-JST
KYL4851-6604-4465.1