UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY HOLZHAUER, Individually and as the Personal Representative of HARRY HOLZHAUER, DECEASED,<br><br>    Plaintiff,<br>  v.<br><br>DAVID P. RHOADES, an Individual, GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT, a non-sovereign public entity, and DOES 1-10, inclusive,<br>    Defendants. | Case No. 3:13-cv-02862-JST<br><br>**JUDGMENT IN A CIVIL ACTION** |
| AND RELATED CROSS-ACTIONS. | |

THE COURT HAS ORDERED THAT:

1. Plaintiff MARY HOLZHAUER, individually, recovers from Defendant GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT the amount of $1,546,747.00. This amount is to be reduced by HARRY HOLZHAUER's contributory fault in the amount of 70%, or $1,082,722.90. Therefore, Plaintiff MARY HOLZHAUER is to recover $464,024.10 plus post-judgment interest at the rate of 1.03% per annum, along with costs, from Defendant GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT.

2. Plaintiff MARY HOLZHAUER, as the Personal Representative of HARRY HOLZHAUSER, DECEASED (on the claims of Timothy and Jeffery Holzhauer) recovers

Form of Judgment

1

from Defendant GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT the amount of $0.

3. Cross-Defendant GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT and Cross-Defendant ESTATE OF HARRY HOLZHAUER are jointly and severally liable.  Therefore, Cross-Complainant DAVID RHOADES is to jointly and severally recover from Cross-Defendant GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT and Cross-Defendant ESTATE OF HARRY HOLZHAUER in the amount of $3,729,559.00 plus post-judgment interest at the rate of 1.03% per annum, along with costs.

4. Judgement as a Matter of Law was entered for Defendant DAVID RHOADES on the Cross-Claim for Indemnity and Contribution filed by GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT, at Docket 268, for the reasons stated by the Court on the record on April 26, 2016 and April 27, 2016.

5. Judgement as a Matter of Law was entered for Defendant DAVID RHOADES on the Claim for Negligence filed by MARY HOLZHAUER, individually and as the Personal Representative of HARRY HOLZHAUER, DECEASED for the reasons stated by the Court on the record on April 26, 2016.

6. This action was tried by a jury with Judge Jon S. Tigar presiding and the jury has rendered a verdict.

IT IS FURTHER ORDERED THAT:

7. GOLDEN GATE BRIDGE HIGHWAY AND TRANSPORTATION DISTRICT's Petition for Limitation of Liability in this matter is DENIED.

8. Plaintiff MARY HOLZHAUER and Cross-Complainant DAVID RHOADES are to recover costs of the Limitation of Liability action.

Form of Judgment

9. The Limitation of Liability action was tried by Judge Jon S. Tigar without a jury and the above decision was reached for the reasons stated in the Order, at Docket 343, dated December 15, 2016.

Dated: _____April 17_____, 2017

Susan Y. Song
Clerk, United States District Court

_____
William Noble, Deputy Clerk to the
Honorable JON S. TIGAR

---

Form of Judgment

3